In the Matter of
the Notices of Determination of
Archdiocese of Portland and Diocese of Baker.

ARCHDIOCESE OF PORTLAND
IN OREGON,
Diocese of Baker in Oregon,
*Petitioners,*

*v.*

EMPLOYMENT DIVISION,
*Respondent.*

(86-T-0081, 86-T-0111;
CA A67153 (Control), A67166)
814 P2d 566

Eugene E. Feltz, Portland, argued the cause for petitioners. With him on the brief were Joseph D. McDonald and Palmer, Feltz, Smith & McDonald, Portland.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Employment Div. v. Rogue Valley Youth for Christ,* 307 Or 490, 770 P2d 588 (1989); *Salem College & Academy, Inc. v. Emp. Div.,* 298 Or 471, 487 n 12, 695 P2d 25 (1985).